IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-07-336 (3) |
| | § | C.A. No. 08-236 |
| ALBINO RODRIGUEZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Albino Rodriguez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 25th day of August, 2008.

_____
Janis Graham Jack
United States District Judge